1  Carolyn D. Phillips #103045
   Attorney at Law
2  P.O. Box 5622
   Fresno, California  93755-5622
3  559/248-9833

4  Attorney for Pedro Martinez-Murillo

5

6

7             IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
                         EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES,                    Case No. 1:10-cr-0507 LJO

11         *Plaintiff,*
                                      STIPULATION TO CONTINUE
12      v.                            HEARING AND ORDER THEREON
                                      **COURT DENIED ORDER**
13  PEDRO MARTINEZ-MURILLO,

14         *Defendant.*
   _____
15

16     IT IS HEREBY STIPULATED by and between the parties hereto, and

17  through their representatives, that the hearing currently set for February 18, 2011

18  be continued to February 25, 2011 at 9:00 a.m.

19     The request is being made to allow the defense time to review the pre-plea

20  advisory guideline pre-sentence investigation report with defendant Martinez-

21  Murillo prior to the hearing.  The parties agree that the delay resulting from the

22  continuance shall be excluded in the interests of justice, including but not limited to

   *Stipulation To Continue Hearing ad [Proposed] Order Thereon; U.S. v. Martinez-Murillo, No:10-cr-0507 LJO*
2
                                      1

the need for further defense preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: February 16, 2011        Respectfully submitted,

/s/Carolyn Phillips
CAROLYN PHILLIPS
Attorney for Defendant
Pedro Martinez-Murillo

Dated: February 16, 2011        BENJAMIN B. WAGNER
United States Attorney

By: /s/ Susan Phan
SUSAN PHAN
Assistant United States Attorney
Attorney for the United States

## ORDER CONTINUING HEARING DATE

The facts needed to establish the Good Cause required under law for the continuance have not been stated.  Specifically, the reasons that the pre-plea advisory guideline pre-sentence investigation report was not (and now can not be) reviewed before Friday with the Defendant are absent Continuance request is denied.

DATED:  February 16, 2011        /s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
Judge
United States District Court
Eastern District of California

*Stipulation To Continue Hearing ad [Proposed] Order Thereon; U.S. v. Martinez-Murillo, No:10-cr-0507 LJO*

2